**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Barry D. Ramsdell,
Plaintiff,
v.

Tenet Healthcare Corp. and Jeffrey C. Barbakow,
Defendants.

CV 04-3654-RSWL

ORDER TO SHOW CAUSE

The Court hereby Orders Plaintiff, Barry D. Ramsdell, to show cause as to why the above-captioned matter should not be dismissed for lack of prosecution.

On September 16, 2009, this Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. Plaintiff responded on September 22, 2009 that he intended to file a motion to re-transfer this action to the United States District Court for the District of Massachusetts. To date no such motion has been filed.

Therefore, the Court hereby Orders Plaintiff to Show Cause as to why this case should not be dismissed for lack of prosecution for the final time.

Plaintiff shall have until December 15, 2009 to respond to this Court in writing.

DATED: December 1, 2009

**IT IS SO ORDERED.**

/s/

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge